Janet M. Herold
Regional Solicitor
Susan Seletsky (Cal. SB: 176106)
Counsel for FLSA Litigation
Jessica M. Flores (Cal. SB: 294060)
Trial Attorney
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7748
Facsimile:  (415) 625-7772
Email: flores.jessica@dol.gov
Email: seletsky.susan@dol.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Thomas E. Perez**,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>                    Plaintiff,<br>         v.<br><br>**Colmenero's Pallets Incorporated,** et al**,**<br><br>                    Defendants. | Case No. 2:15-cv-01240-SPL<br><br>**NOTICE OF FULL SATISFACTION OF MONETARY PROVISIONS OF JUDGMENT AGAINST COLMENERO'S PALLETS, INC. AND SILVIA V. COLMENERO** |

Judgment was entered in favor of Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor against Defendants Colmenero's Pallets, Inc. and Silvia V. Colmenero, jointly and severally, in the amount of $300,000.

**NOTICE OF FULL SATISFACTION OF MONETARY PROVISIONS OF JUDGMENT**
                                                                                          **Page 1 of 2**

This amount consists of: $139,154.00 in back wages pursuant to the FLSA, 29 U.S.C. § 216(c); $139,154.00 in liquidated damages pursuant to the FLSA, 29 U.S.C. § 216(c); and $21,692.00 in civil money penalties pursuant to the FLSA, 29 U.S.C. § 216(e)(2).  The Secretary of Labor acknowledges full payment by the Defendants of $300,000, and full satisfaction of the monetary provisions of the judgment.

Dated: February 5, 2016.

                                              _/s/_ Jessica M. Flores_____
                                              Jessica M. Flores
                                              Trial Attorney
                                              U.S. Department of Labor